**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **KIMBERLY SMITH,** | No. EDCV 13-2244 AJW |
| Plaintiff, | |
| v. | |
| | **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | |
| Defendant. | |

**IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

January 20, 2015

ANDREW J. WISTRICH
United States Magistrate Judge